IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| **TANYA M. KELLER,** | * | |
| *Plaintiff,* | * | |
| v. | * | C.A. No: |
| **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,** *et al.,* | * * | |
| *Defendants.* | * | |

* * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF REMOVAL

Defendants, American Express Travel Related Services Company, Inc. ("AMEX"), Cavalry Portfolio Services, LLC ("Cavalry"), Experian Information Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union"), and Equifax Information Services LLC ("Equifax") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446 and Local Rule 103.5 hereby files this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland (the "State Court"), wherein it is now pending as Case No. 03-c-09-1931 OT (the "State Court Action"), to this Court. In support hereof, Defendants state:

1. The State Court Action was filed by the Plaintiff on February 19, 2009, with the caption of <u>Tanya M. Keller v. American Express Travel Related Services Company, Inc., *et al*</u>.

2. Plaintiff's Complaint, Civil-Non Domestic Case Information Report and respective Writ of Summons were served on Amex, Cavalry, Experian, Trans Union, and Equifax on March 3, 2009.

3. Removal is timely because thirty (30) days have not elapsed since any of the Defendants were first served with Plaintiffs' Complaint and writ of summons.

4. A copy of all process, pleadings, papers and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

5. Pursuant to 28 U.S.C. §§ 1331 and 1441, this Court has original jurisdiction over the State Court Action because Plaintiff's Complaint alleges violations of 15 U.S.C. §1681, *et seq.*, the federal Fair Credit Reporting Act ("FCRA"), and 15 U.S.C. §1692, *et seq.*, the federal Fair Debt Collection Practices Act ("FDCPA").

6. This Court has original jurisdiction without regard to the amount in controversy, pursuant to 15 U.S.C. §§1681p and 1692k and 28 U.S.C. §1331.

7. Pursuant to 28 U.S.C. §§ 1332 and 1441, this Court has original jurisdiction over the State Court Action because there is complete diversity between the Plaintiff and the Defendants and the amount in controversy exceeds $75,000.00.

8. Plaintiff is and was a citizen of Maryland.

9. None of the Defendants is a citizen of Maryland: AMEX is and was a corporation organized and existing under the laws of New York with its principal place of business in _New York; Cavalry is and was a limited liability company organized and existing under the laws of Delaware with its principal place of business in New York; Experian is and was a corporation organized and existing under the laws of Ohio with its principal place of business in California; Trans Union is and was a limited liability company organized and existing under the laws of Delaware with its principal place of business in Illinois; Equifax is and was a limited liability company organized and existing under the laws of Georgia with its principal place of business in Georgia.

10. The amount in controversy in the State Court Action exceeds the sum of $75,000.00, exclusive of interest and costs as Plaintiff has requested damages in an amount not less than $1,000,000.00 in her Complaint.

11. Pursuant to 15 U.S.C. §1367 (a), this Court has supplemental jurisdiction over all claims asserted by Plaintiff because such claims form part of the same case or controversy because they are so related to Plaintiff's claims under the FCRA and FDCPA.

11. The State Court is within this Court's district and division.

12. Promptly after the filing of this Notice of Removal, Defendants shall provide notice of removal to Plaintiff and to the Clerk of the State Court, as required by 28 U.S.C. §1446(d) and Local Rule 103.5.

WHEREFORE, Defendants pray that the State Court Action be removed to this Court.

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

_____
Julie Quagliano, Esq.
Bar No. 06542
2620 P Street, NW
Washington, DC 20007
Telephone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com
*Counsel for Defendant American Express
 Travel Related Services, Inc.*

3

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esq.
Bar No. 01024
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone (301) 770-7490
Fax: (301) 770-7493
Email: rcanter@roncanterllc.com
*Counsel for Defendant Cavalry Portfolio Services, LLC*

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

_____
Sandy David Baron
Bar No. 01531
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Telephone: (301) 255-0547
Fax: (301) 230-2891
Email: sbaron@srgpe.com
Counsel for Experian Information Solutions, Inc.

GOHN, HANKEY & STICHEL, LLP

*/s/ H. Mark Stichel*
_____
H. Mark Stichel, Esq.
Bar No. 02939
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
Email: hmstichel@ghsllp.com
*Counsel for Trans Union LLC*

                                        NEUBERGER, QUINN, GIELEN, RUBIN
                                        & GIBBER, P.A.

                                        _____
                                        Nathan D. Adler, Esq.
                                        Bar No. 22645
                                        One South Street, 27th Floor
                                        Baltimore, Maryland 21202-3201
                                        Telephone: (410) 332-8516
                                        Fax: (410) 332-8517
                                        Email: nda@nqgrg.com
                                        *Counsel for Equifax Information Services LLC*


DATED:  March ___, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| TANYA M. KELLER, | * | |
| *Plaintiff*, | * | |
| v. | * | C.A. No: |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., *et al.*, | * * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

H. Mark Stichel hereby certifies that he caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be sent on this date, *via* U.S. Mail, postage prepaid, to the following:

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, MD 21050-2210
*Counsel for Plaintiff*

_____
H. Mark Stichel

DATED:   March 31, 2009

8